FILED

2003 DEC -1  A 9: 35

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CIVIL ACTION NO.   300CV2297HBF

| | |
|---|---|
| ROBERT MURPHY ET AL ) | |
| ) | |
| PLAINTIFFS ) | |
| ) | NOTICE OF APPEAL |
| VS. ) | |
| ) | |
| ZONING COMMISSION OF THE ) | |
| TOWN OF NEW MILFORD ET AL ) | |
| ) | |
| DEFENDANTS ) | |
| ) | NOVEMEBR 26, 2003 |
| ) | |

   Notice is hereby given that all of the Defendants hereby appeal to the United States Court of Appeals for the Second Circuit from the decisions entered in this matter on a motion for summary judgment and on a motion to dismiss filed by the Defendants.  Said decisions led to an order of the court prohibiting the Defendants from enforcing the terms of a cease and desist order issued by them against the Plaintiffs.

   Said order was entered by the Court on the Thirtieth day of September, 2003.

RESPECTFULLY SUBMITTED BY
THE DEFENDANTS

BY _____
Steven E. Byrne
790 Farmington Ave. Bld.2
Farmington CT   06032
(860)677-7355
CT 10267