# DISTRICT OF CONNECTICUT - BRIDGEPORT
## NOTICE OF APPEAL COVER MEMO

**DATE:** December 19, 2003   **TO:** Intake Clerk

FILED

**FROM:** Judith D. Fazekas (203) 579-5951

2003 DEC 30 P 12: 12

**CASE TITLE:** Murphy v. Zoning Commission, Town of N. Milford, et al

**DOCKET NO.:** 3:00CV2297(HBF)

**NOTICE OF APPEAL:** filed: December 1, 2003

**APPEAL FROM:**
final judgment: __

interlocutory: __

other: Doc #68, Ruling, Doc. #110 Ruling

**DOCKET SHEET:** Attorney, updated address & phone number for each party __Y__

All parties are listed on Docket Sheet
(Including Third Parties) __Y__

All docket entries and dates are included __Y__

**FEE STATUS:** Paid ✓    Due ____ N/A ____

IFP revoked ____    Application Attached ____

IFP pending before district judge ____

**COUNSEL:** CJA ____    Retained ✓    Pro Se ____

**TIME STATUS:** Timely ____    Out of Time ✓

**MOTION FOR EXTENSION OF TIME:** Granted ____    Denied ____

**COA:** Granted ____    Denied ____

**COMMENTS AND CORRECTIONS:**

---

I HEREBY ACKNOWLEDGE RECEIPT OF THE NOTICE OF APPEAL.

**SIGNED:** R. Mauson   **DATE:** 12/23/03
DEPUTY CLERK, USCA