UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**
2004 MAY 18 P 4: 20

| | |
|---|---|
| ROBERT MURPHY ET AL. ) | CIVIL ACTION NO. |
| ) | 300CV2297HBF |
| PLAINTIFFS ) | |
| ) | USCA NO. 03-9329 |
| VS. ) | |
| ) | |
| ZONING COMMISSION OF THE ) | |
| TOWN OF NEW MILFORD ET AL ) | INDEX TO RECORD |
| ) | ON APPEAL |
| DEFENDANT/ ) | |
| APPELLANT ) | MAY 21, 2004 |
| ) | |

|  | Number of Pages |
|---|---|
| Certified Copy of Docket Sheet | 16 |

| VOLUME I | DOCUMENT NO. |
|---|---|
| Driveway permit application No 5519 | 1 |
| Notice of permit for driveway | 2 |
| Letter dated November 29, 2000 from New Milford Zoning Office to Robert and Mary Murphy | 3 |
| Letter dated January 9, 2001 from New Milford Zoning Office to Robert and Mary Murphy | 4 |
| Cease and Desist Order dated December 19, 2000 directed to Robert and Mary Murphy | 5 |
| Letter dated November 6, 2000 from ACLJ to New Milford Zoning Commission | 6 |

| | |
|---|---|
| Minutes of New Milford Zoning Commission Meeting held on August 22, 2000 | 7 |
| Minutes of New Milford Zoning Commission Meeting held on October 10, 2000 | 8 |
| Minutes of New Milford Zoning Commission Meeting held on November 14, 2000 | 9 |
| Minutes of New Milford Zoning Commission Meeting held on November 28, 2000 | 10 |
| Letter dated November 8, 2000 to Kathy Castagnetta from Scott Brittingham | 11 |
| Letter dated November 13, 2000 to George Doring from Carmine Montemurro | 12 |
| Letter dated November 13, 2000 to Kathy Castagnetta from Theresa Showalter | 13 |
| Document entitled "25 Jefferson Drive New Milford, Connecticut" | 14 |
| Zoning regulations of the town of New Milford Connecticut | 15 |
| Various color photographs of parked cars On or about property known as 25 Jefferson Drive New Milford, Connecticut | 16 |

## VOLUME II

| | |
|---|---|
| Transcript of preliminary injunction hearing held on January 18, 2001 before the Honorable Holly B. Fitzsimmons | 17 |

## VOLUME III

| | |
|---|---|
| Summons and Complaint filed 12/1/00, doc. # 1 | 18 |
| Motion for Preliminary Injunction filed 12/1/00, doc. # 3 | 19 |
| Memorandum in support of Motion for Preliminary Injunction, doc. # 7 | 20 |
| Appearance of Steven E. Byrne filed 12/8/00, doc. # 8 | 21 |
| Motion for extension of time filed 12/19/00, doc. # 9 | 22 |
| Motion for Temporary Restraining Order filed 12/20/00 doc. # 10 | 23 |
| Supplemental memorandum in support of Motion for Preliminary Injunction filed 12/20/00 doc. # 11 | 24 |
| Amended Complaint filed 12/20/00, doc. # 12 | 25 |
| Objection to Motion for Preliminary Injunction and Motion for Temporary Restraining Order dated 12/21/00, doc. # 15 | 26 |
| Memorandum in support of objection, doc. # 16 | 27 |
| Entry of Order granting Motion for Temporary Restraining Order | 28 |
| Consent to trial before a magistrate judge, doc. # 20 | 29 |
| Answer and Special Defense filed 1/26/01, doc. # 26 | 30 |
| Motion to Extend Time filed 2/15/01, doc. # 27 | 31 |
| Order regarding mediation, doc. # 28 | 32 |

Order regarding filing of responses to Magistrate Judge's issues on Motion for Preliminary Judgment doc. # 29 — 33

Reply to Special Defenses filed 2/28/01, doc. # 32 — 34

Memorandum of Law in support of Objection to Motion for Preliminary Injunction filed 3/12/01 doc. # 34 — 35

Memorandum of Law in support of Motion for Preliminary Injunction filed 3/14/01, doc. # 35 — 36

Notice pursuant to Rule 24(c), doc. # 37 — 37

Motion to File Additional Records, doc. # 38 — 38

Objection to Motion to File Additional Records doc. # 39 — 39

Ruling denying Motion to File Additional Documents entered 7/6/01 — 40

Ruling granting Motion for Preliminary Injunction entered 7/6/01, doc. # 40 — 41

Motion to Amend Complaint, doc. # 43 — 42

Second Amended Complaint filed 8/1/01, doc. # 44 — 43

Motion to Strike, doc. # 45 — 44

Memorandum in support of Motion to Strike, doc. # 46 — 45

Motion for Permanent Injunction, doc. # 49 — 46

Objection to Motion for Permanent Injunction, doc. # 48 — 47

Order denying Motion for Permanent Injunction entered August 23, 2001 — 48

| | |
|---|---|
| Report of parties planning meeting, doc. # 50 | 49 |
| Third Amended Complaint filed 9/5/01, doc. # 51 | 50 |
| Motion to Amend Complaint, doc. # 52 | 51 |
| Objection to Motion to Amend Complaint and supporting memorandum, doc. # 53 | 52 |
| Memorandum in support of Motion to Amend Complaint, doc. # 54 | 53 |
| Ruling denying Motion to Amend Complaint, doc. # 55 | 54 |
| Motion to Amend Complaint, doc. # 58 | 55 |
| Memorandum in support of Motion to Amend Complaint, doc. # 59 | 56 |
| Order granting Motion to Amend Complaint, doc. # 60 | 57 |
| Scheduling Order entered 10/4/01 | 58 |
| Amended Answer filed 10/19/01, doc. # 63 | 59 |
| Reply to special defenses, doc. # 69 | 60 |
| Amended Complaint filed 10/26/01, doc. # 102 | 61 |
| Motion to Dismiss filed 11/2/01, doc. # 64 | 62 |
| Memorandum in support of Motion to Dismiss, doc. # 65 | 63 |
| Objection to Motion to Dismiss, doc. # 67 | 64 |
| Order denying Motion to Dismiss entered 9/6/02, doc. # 68 | 65 |

| | |
|---|---:|
| Proposed witness list, doc. # 71 | 66 |
| Motion for Summary Judgment filed by Robert And Mary Murphy, doc. # 73 | 67 |
| Memorandum of law in support of Murphys' Motion for Summary Judgment, doc. # 74 | 68 |
| Statement of Material Facts filed by Murphy, doc. # 75 | 69 |
| Motion for Summary Judgment filed by New Milford Zoning Commission et al, doc. # 76 | 70 |
| Memorandum of law in support of New Milford Zoning Commission et al. Motion for Summary Judgment, doc. # 77 | 71 |
| Statement of material facts filed by New Milford Zoning Commission et al., doc. # 78 | 72 |
| Motion to amend Murphys' memorandum of law filed in support of Motion for Summary Judgment, doc. # 81 | 73 |
| Murphy's amended Motion for Summary Judgment, doc. # 83 | 74 |
| Murphys' amended memorandum of law in support of Motion for Summary Judgment, doc. # 84 | 75 |
| Response by USA to New Milford Zoning Commissions' Motion for Summary Judgment, doc. # 85 | 76 |
| Murphys' memorandum of law in opposition to New Milford Zoning Commission's Motion for Summary Judgment, doc. # 87 | 77 |

| | |
|---|---|
| Affidavit of Robert Murphy, doc. # 88 | 78 |
| New Milford Zoning Commissions' objection to Murphys' Motion for Summary Judgment, doc. # 89 | 79 |
| Memorandum in support of New Milford Zoning Commission's objection, doc. # 90 | 80 |
| Statement of Material Facts by New Milford Zoning Commission et al., doc. # 91 | 81 |
| Becket Fund motion to file amicus brief, doc. # 93 | 82 |
| Murphys' reply memorandum and Motion to Strike filed 1/9/03, doc. # 96 | 83 |
| Statement of Material Facts filed by Murphys regarding Motion for Summary Judgment, doc. # 97 | 84 |
| Motion by USA to intervene, doc. # 98 | 85 |
| New Milford Zoning Commission's et al Reply to Murphys' Motion for Summary Judgement, doc. # 99 | 86 |
| Memorandum by USA in support of constitutionality of RLUIPA, doc. # 100 | 87 |
| Becket Fund's memorandum in opposition to New Milford Zoning Commission's Motion for Summary Judgment, doc. # 105 | 88 |
| Ruling denying Murphys' motion to strike entered 6/30/03, doc. # 107 | 89 |
| Ruling granting in part and denying in part Motions for Summary Judgment, doc. # 110 | 90 |

Murphys' motion for attorney's fees, costs and
expenses filed 10/10/03, doc. # 113                                91

Memorandum in support of Motion for Attorneys
Fees, Costs and Expenses, doc. # 114                               92

Murphys' proposed permanent injunction filed
10/10/03, doc. # 115                                               93

Memorandum in opposition to Motion for
Attorneys' fees, costs and expenses filed 10/27/03,
doc. # 116                                                         94

Reply to objection for attorneys' fees, costs and
expenses, doc. # 117                                               95

Notice of appeal filed 12/1/03, doc. # 118                         96

Acknowledgement of receipt of notice of appeal
entered 12/30/03, doc. # 119                                       97

Clerk's certificate                                                98

RESPECTFULLY SUBMITTED
BY THE DEFENDANTS

BY _____
Steven E. Byrne
790 Farmington Ave. Bld.2
Farmington CT  06032
(860)677-7355
CT 10267

## CERTIFICATION

This is to certify that a copy of the above was mailed postage prepaid to the following counsel and pro se parties of record this 10 day of May, 2004.

Attorney Vincent McCarthy
8 South Main Street
P.O. Box 1629
New Milford CT  06776

Attorney Lowell V. Sturgill Jr.
U.S. Department of Justice
Civil Division, Federal Programs Branch
Room 7202
P.O. Box 883
Washington DC  20044

Steven E. Byrne
Commissioner of Superior Court