**UNITED STATES COURT OF APPEALS**
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK  10007

NHCT
00-cv-2297
Fitzsimmons

Roseann B. MacKechnie
CLERK

Date:             5/17/05
Docket Number:    03-9329-cv
Short Title:      Murphy v. New Milford Zoning C
DC Docket Number:
DC:
DC Judge:



Dear Sir/Madam:

The Court noting that a mandate closing the appeal having been entered in error on 4/18/2005 in the above-entitled case.

IT IS HEREBY ORDERED that the mandate issued on 4/18/2005 is recalled. Please return the mandate to me so that I may hold it pursuant to this order.

Very truly yours,
Roseann B. MacKechnie, Clerk

By: _____
Eniola O. Ajayi
Deputy Clerk

A TRUE COPY
Roseann B. MacKechnie, CLERK
by _____
DEPUTY CLERK

CERTIFIED:  5/17/05