**MANDATE**

NHCT
00-cv-2297
Fitzsimmons

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

## JUDGMENT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 25th day of March, two thousand and five.

Before: Hon. Wilfred Feinberg,
Hon. Thomas J. Meskill,
Hon. B. D. Parker, Jr.,
*Circuit Judges*

UNITED STATES COURT OF APPEALS
FILED
MAR 25 2005
SECOND CIRCUIT

Docket No. 03-9329

---

ROBERT MURPHY and MARY MURPHY,
*Plaintiffs-Appellees*,

v.

NEW MILFORD ZONING COMMISSION, GEORGE DORING, C. BROOKS TEMPLE, CHARLES RAYMOND, LAWRENCE GREENSPAN, ELEANOR FLORIO, PATRICIA McRAE, MONA TITO and KATHY CASTAGNETTA,
*Defendants-Appellants*,

UNITED STATES OF AMERICA,
*Intervenor-Defendant*,

BECKET FUND FOR RELIGIOUS LIBERTY,
*Amicus Curiae*.

FILED
2005 SEP 13 P 1:33
U.S. DISTRICT COURT
NEW HAVEN CT

---

Appeal from the United States District Court for the District of Connecticut.

This cause came on to be heard on the transcript of record from the United States District Court for the District of Connecticut and was argued by counsel.

On consideration whereof, it is hereby ORDERED, ADJUDGED and DECREED that the judgment of said District Court be and it hereby is VACATED and REMANDED with instructions to dismiss without prejudice in accordance with the opinion of this Court.

FOR THE COURT:
ROSEANN B. MACKECHNIE, Clerk
by
Tracy W. Young
Tracy W. Young
Motions Staff Attorney

A TRUE COPY
Roseann B. MacKechnie, CLERK
by [signature]
DEPUTY CLERK

ISSUED AS MANDATE: 9/7/05