```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF CONNECTICUT
                                           :
ROBERT MURPHY and                          :
MARY MURPHY                                :
        PLAINTIFFS,                        :
                                           :
v.                                         : CIV. NO. 3:00 CV 2297 (HBF)
                                           :
ZONING COMMISSION OF THE                   :
TOWN OF NEW MILFORD, ET AL.                :
        DEFENDANTS.                        :
```

**ORDER**

In accordance with the judgment of the Court of Appeals for the Second Circuit, Docket No. 03-9329, dated September 13, 2005, the case is hereby dismissed without prejudice.

Additionally, plaintiff's motion for attorney fees [Doc. #113] is denied.

SO ORDERED at Bridgeport this 5th day of October, 2005.

```
                              _____/s/_____
                              HOLLY B. FITZSIMMONS
                              UNITED STATES MAGISTRATE JUDGE
```